**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 11-3813 and 11-3814
_____

INTERFAITH COMMUNITY ORGANIZATION;
LAWRENCE BAKER; MARTHA WEBB HERRING;
MARGARET WEBB; WINSTON CLARKE; MARGARITA
NAVAS; HACKENSACK RIVERKEEPER, INC.;
WILLIAM SHEEHAN

v.

HONEYWELL INTERNATIONAL, INC, F/K/A
AlliedSignal, Inc;
RONED REALTY OF JERSEY CITY, INC.; RONED
REALTY OF UNION CITY, INC.; W.R. GRACE & CO;
ECARG INC; W.R. GRACE LTD;
*KELLOGG STREET 80 PROPERTY; *KELLOGG
STREET
440 PROPERTY, LLC.; *KELLOGG STREET 60
PROPERTY, LLC

Honeywell International, Inc., Kellogg Street 80 Property,
LLC,
Kellogg Street 440 Property, LLC, Kellogg Street 60
Property, LLC
                              Appellants in No. 11-3813

*(Pursuant to Fed. R. App. P. 12(a))
_____

JERSEY CITY MUNICIPAL UTILITIES AUTHORITY;
ELIZABETH ROSARIO; RAFAEL ROSARIO;
HACKENSACK RIVERKEEPER, INC.; WILLIAM
SHEEHAN;
WINSTON CLARKE; LAWRENCE BAKER;
JERSEY CITY INCINERATOR AUTHORITY

v.

HONEYWELL INTERNATIONAL INC; PAUL TRENK;
STEVE GALLO;
BOB CIASULLI; DEGEN OIL AND CHEMICAL CO;
INLAND SOUTHEAST JERSEY CITY, LLC;
KELLOGG STREET 60 PROPERTY, LLC;
KELLOGG STREET 80 PROPERTY, LLC;
KELLOGG STREET 440 PROPERTY, LLC;
100 KELLOGG STREET, LLC; NEW JERSEY CITY
UNIVERSITY;
JERRAMIAH T. HEALY;
OREN DABNEY, In his official capacity as Director of
Jersey City Incinerator Authority; JOHN YURCHAK, In his
official capacity as Director of
Jersey City Department of Public Works; DANIEL BECHT,
Executive Director of
Jersey City Municipal Utilities Authority;
BAYONNE MUNICIPAL UTILITIES AUTHORITY;
CARLOS M. HERNANDEZ, In his official capacity as
President of New Jersey City University

Honeywell International, Inc., Kellogg Street 80 Property,
LLC,
Kellogg Street/440 Property, LLC, Kellogg Street 60
Property, LLC,

Appellants in 11-3814
_____

On Appeal from the United States District Court

for the District of New Jersey

(Civil Action Nos. 2-95-cv-02097 & 2-05-cv-05955)

District Judge: Honorable Dennis M. Cavanaugh

_____

Argued December 20, 2012

Before:  McKEE, *Chief Judge*, SLOVITER and
VANASKIE, *Circuit Judges*

(Filed: July 08, 2013)

Lisa S. Blatt, Esq. [ARGUED]
Michael D. Daneker
Dirk Phillips
R. Stanton Jones
Arnold & Porter
555 12th Street, N.W.
Washington, D.C. 20004
    *Counsel for Appellants*

Bruce J. Terris
Carolyn Smith Pravlik, Esq. [ARGUED]
Michelle Weaver
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, D.C. 20005-4632
    *Counsel for Appellees*

_____

ORDER

_____

VANASKIE, *Circuit Judge.*

Plaintiffs-Appellees' Unopposed Motion to Modify the July 8, 2013 Opinion of the Court is GRANTED.

IT IS NOW ORDERED that the above-captioned opinion be amended as follows:[1]

1. On page 4 of the Court's Opinion, the name "Carolyn Smith Pravlick" shall be deleted and replaced with the name "Carolyn Smith Pravlik" to reflect the proper spelling of the arguing attorney's surname.

---

[1] Clerical errors in the caption were previously corrected by the Clerk's Office.

2.  On page 7 of the Court's Opinion, the phrase "in connection with the 1995 case" shall be deleted and replaced with "in connection with both cases."

This amendment does not change the date of filing (July 8, 2013).


/s/ Thomas I. Vanaskie
Circuit Judge

DATED: July 22, 2013
PDB/CLW/cc: All Counsel of Record